IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CHRISTOPHER BARBEAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-682 |
| | ) |
| | ) |
| SIEGE TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on the Proposed Findings of Fact and Recommendations of the Magistrate Judge dated July 01, 2025.

Based on a *de novo* review of the evidence in this case, having reviewed the Proposed Findings of Fact and Recommendations, and having received no objections thereto, it appears to the Court that the Magistrate Judge's Proposed Findings of Fact and Recommendations is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge, and it is hereby

ORDERED Plaintiff's Motion for Default Judgment is GRANTED as to Count I; AND

FURTHER ORDERED that Plaintiff is awarded $169,800 in trebled statutory damages pursuant to Count I; AND

1

FURTHER ORDERED that Plaintiff is awarded attorney's fees in the amount of $7,065, and litigation costs in the amount of $494 pursuant to Count I; AND

FURTHER ORDERED Plaintiff is awarded post-judgment interest on this Court's entire award of damages and fees and costs, pursuant to 28 U.S.C. § 1961(a); AND

FURTHER ORDERED Plaintiff's Motion for Default Judgment in all other respects is DENIED; AND

FURTHER ORDERED that this case is DISMISSED.

*Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 29, 2025